# Barber *against* Bull.

If a plaintiff in an action brought to recover the amount of a book-account be sworn to prove the character of his book which contains the account, it is competent for the defendant to give evidence of his character for truth, and to discredit his books by showing them to be unworthy of confidence.

ERROR to the Common Pleas of *Bradford* county.

Barber against Bull.   Action of debt upon a book-account. The plaintiff Barber was sworn, and testified that his books were books of original entry, and they were given in evidence.   The defendant offered to prove that the plaintiff Barber was unworthy

[Barber v. Bull.]

of credit on his oath, and that his books were notoriously unworthy of confidence, and to establish the latter proposition by particular acts of irregularity by the plaintiff in keeping them. The plaintiff objected to the evidence, but the court overruled the objection and sealed a bill of exception.

*Plaintiff, in propria persona.*
*Watkins,* for defendant in error.

PER CURIAM.—The point in this case seems to have been settled in *Crouse* v. *Miller,* (10 *Serg. & Rawle* 155), in which evidence of the general character of a clerk, who was absent from the State, was received to impeach the character of books of original entries kept by him, because his handwriting stood in the place of his oath. This is a stronger case, for the party was actually sworn, and his character was consequently open to accusation. His books, too, stood in the place of a witness, and might be discredited by showing them to be notoriously unworthy of confidence; which could not be done, however, without descending to particulars. The evidence, therefore, was properly received.

Judgment affirmed.